**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Bassam H. Dib                                    CHAPTER 13
                     Debtor(s)

                                                        BKY. NO. 22-10881 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                      Respectfully submitted,

                                  /s/ *Rebecca Solarz*
                                  Rebecca Solarz
                                  13 Apr 2022, 09:57:21, EDT

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322