**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **Bassam H. Dib,** | |
| **Debtor** | **Bankruptcy No. 22-10881 PMM** |

**CERTIFICATE OF SERVICE**

The undersigned, Ashley N. Santana, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that on May 18, 2022 true and correct copies of the Amended Schedule E/F were served upon:

1. each of the recipients listed below by way of electronic means at the email addresses indicated:

REBECCA ANN SOLARZ
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

2. On May 18, 2022 true and correct copies of the Notice of Meeting of Creditors along with the Amended Schedule E/F were served upon the following recipients at the address listed below, by first class, United States mail, postage prepaid:

Nabil Dib
359 Sumner Avenue
Whitehall, PA 18052

Roula Khoury
1231 California Avenue
Whitehall, PA 18052

and

3.  On May 18, 2022 true and correct copies of the Amended Schedule E/F were served upon the debtor at the
    address listed below, by first class, United States mail, postage prepaid:

Bassam H. Dib
6113 Memorial Road
Allentown, PA  18104

**Date:  May 19, 2022**

                                    **Respectfully submitted,**

                                    **Hartman, Valeriano, Magovern & Lutz, PC**
                        **by:**     _/s/ Ashley N. Santana_
                                    **Ashley N. Santana**
                                    **1025 Berkshire Boulevard, Suite 700**
                                    **Wyomissing, PA  19610**