Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-10881-PMM**

Bassam H. Dib
6113 Memorial Road
Allentown  PA    18104

Petition Filed Date: 04/05/2022
341 Hearing Date: 05/17/2022
Confirmation Date:

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 04/18/2022 | $150.00 | | 05/17/2022 | $150.00 | | 06/17/2022 | $150.00 | |
| 07/18/2022 | $150.00 | | | | | | | |

**Total Receipts for the Period:  $600.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $600.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 0 | GEORGE M LUTZ ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $2,777.17 | $0.00 | $0.00 |
| 2 | WELLS FARGO BANK NA »» 002 | Unsecured Creditors | $6,781.04 | $0.00 | $0.00 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $5,809.46 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC »» 004 | Unsecured Creditors | $8,273.28 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA NA »» 005 | Unsecured Creditors | $5,492.80 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA NA »» 006 | Unsecured Creditors | $11,653.57 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS) »» 07P | Priority Crediors | $719.75 | $0.00 | $0.00 |
| 8 | WELLS FARGO BANK NEVADA NA »» 008 | Unsecured Creditors | $3,920.64 | $0.00 | $0.00 |
| 9 | WELLS FARGO »» 009 | Unsecured Creditors | $3,123.82 | $0.00 | $0.00 |
| 10 | PNC BANK »» 010 | Unsecured Creditors | $1,743.85 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $737.65 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $2,070.89 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $2,369.22 | $0.00 | $0.00 |
| 14 | NATIONSTAR MORTGAGE LLC »» 014 | Mortgage Arrears | $417.07 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $4,479.99 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10881-PMM**

| 16 | UNITED STATES TREASURY (IRS) »» 07U | Unsecured Creditors | $448.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $600.00 | Current Monthly Payment: | $130.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($80.00) |
| Paid to Trustee: | $48.00 | Total Plan Base: | $7,800.00 |
| Funds on Hand: | $552.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.