**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

---

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **Bassam H. Dib,** | |
| **Debtor** | **Bankruptcy No. 22-10881 PMM** |

---

**CERTIFICATE OF SERVICE**

---

The undersigned, Ashley N. Santana, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that on

April 2, 2023 true and correct copies of the Amended Chapter 13 Plan were served upon:

1. each of the recipients listed below by way of electronic means at the email addresses indicated:

   MICHAEL PATRICK FARRINGTON on behalf of Creditor NATIONSTAR MORTGAGE LLC
   mfarrington@kmllawgroup.com

   BRIAN CRAIG NICHOLAS on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR.
   COOPER
   bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

   United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

   SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

2. On April 4, 2023 true and correct copies of the Amended Chapter 13 Plan were served upon the debtor at
   the address listed below, by first class, United States mail, postage prepaid:

**Date:  April 4, 2023**

                    **Respectfully submitted,**

                    **Hartman, Valeriano, Magovern & Lutz, PC**
          **by:**  */s/ Ashley N. Santana*
                    **Ashley N. Santana**
                    **1025 Berkshire Boulevard, Suite 700**
                    **Wyomissing, PA  19610**