United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10881-pmm

Bassam H. Dib     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: May 18, 2023     Form ID: 155     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bassam H. Dib, 6113 Memorial Road, Allentown, PA 18104-9334 |
| 14681602 | + | APEX ASSET MANAGEMENT, 2501 OREGON PIKE, P.O. Box 5407, LANCASTER, PA 17606-5407 |
| 14681601 | + | Amal Dayoub, 5014 Parkvue Drive, Pittsburgh, PA 15236-2055 |
| 14681599 | ++ | EQUIFAX INC, 1550 Peachtree Street NE, Atlanta, GA 30309 address filed with court:, Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374 |
| 14681621 | | WELLS FARGO CARD SERVICE, CREDIT BUREAU RESOLUTIONP O BOX 14517, DES MOINES, IA 50306 |
| 14681622 | + | WF/BOBS DISCOUNT FURN, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 14749610 | + | Wells Fargo N.A. Personal Lending, P.O. Box 564300, Charlotte, NC 28256-4300 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14681603 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 18 2023 23:54:00 | Bank of Amercia, POB 982238, El Paso, TX 79998-2238 |
| 14685085 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 18 2023 23:54:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14681604 | + | Email/Text: notices@burt-law.com | May 18 2023 23:55:00 | Burton Neil & Associates, P.C., c/o Yale D. Weinstein, Esquire, 1060 Andrew Dr Ste 170, West Chester, PA 19380-5600 |
| 14681606 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2023 00:06:27 | CITICARDS CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 14681598 | ^ | MEBN | May 18 2023 23:50:26 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14682255 | + | Email/Text: bankruptcy@cavps.com | May 18 2023 23:55:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14681600 | + | Email/Text: bankruptcy.notifications@fisglobal.com | May 18 2023 23:55:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1703 |
| 14681605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2023 00:17:11 | CitiBank SD NA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14681608 | | Email/Text: mrdiscen@discover.com | May 18 2023 23:54:00 | DISCOVER FINANCIAL SERVI, PO BOX 15316, Wilmington, DE 19850 |
| 14681607 | + | Email/Text: bkfilings@zwickerpc.com | May 18 2023 23:55:00 | Discover Bank, c/o Zwicker & Associates, P.C., 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

| Recipient ID | Flag | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14684105 | | Email/Text: mrdiscen@discover.com | May 18 2023 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14681599 | | Email/Text: bankruptcycourts@equifax.com | May 18 2023 23:54:00 | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374 |
| 14681596 | ^ | MEBN | May 18 2023 23:50:25 | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14681609 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2023 00:05:34 | Home Depot Credit Services, P.O. Box 70600, Philadelphia, PA 19176-0600 |
| 14681610 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 18 2023 23:54:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14694220 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 00:04:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14684775 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2023 23:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14683916 | ^ | MEBN | May 18 2023 23:50:34 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14698047 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 18 2023 23:54:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14681611 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 18 2023 23:54:00 | Nationstar Mortgage/Mr. Cooper, 8950 CYPRESS WATERS BLVD, Coppell, TX 75019-4620 |
| 14690270 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 23:54:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14681612 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 23:54:00 | PNC Bank Card Services, P.O. Box 5580, Cleveland, OH 44101 |
| 14692083 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2023 00:04:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14681614 | | Email/Text: bankruptcy@springoakscapital.com | May 18 2023 23:54:00 | Spring Oaks Capital LLC, P.O. Box 1216, Chesapeake, VA 23327 |
| 14681615 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:06:18 | SYNC/Old Navy, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14681616 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:06:09 | SYNCB/AMAZON PLCC, PO Box 965036, Orlando, FL 32896-5036 |
| 14681613 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2023 00:06:19 | Sears CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14682568 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:06:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681617 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:05:30 | Synchrony Bank/Mattress Warehouses, POB 960061, Orlando, FL 32896-0061 |
| 14681597 | ^ | MEBN | May 18 2023 23:50:22 | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 14681618 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2023 00:06:03 | Union Plus Credit Card, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 14681620 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 19 2023 00:04:19 | WELLS FARGO BANK PCM, PO Box 94435, Albuquerque, NM 87199-4435 |
| 14683725 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 19 2023 00:04:40 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4938 |
| 14689717 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 19 2023 00:06:51 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14689598 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

| | May 19 2023 00:17:38 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14681619 | ##+ | Wells Fargo Bank, 1205 Grape Street, Whitehall, PA 18052-5100 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| George Meany Lutz | on behalf of Debtor Bassam H. Dib glutz@hvmllaw.com HartmanValerianoMagovernLutzPC@jubileebk.net |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Bassam H. Dib
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−10881−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 18, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

34
Form 155