## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| **In re:**               | **Chapter 13 Bankruptcy**       |
|--------------------------|---------------------------------|
| **BASSSAM DIB,**         |                                 |
|                          | **Bankruptcy No. 22-10881 PMM** |
| **Debtor**               |                                 |

## CERTIFICATE OF SERVICE

The undersigned, George M. Lutz, Esquire, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that on June 25, 2023, in accordance with L.B.R. 2016-1(a), true and correct copies of the Application for Compensation, Notice and Proposed Order were served on the Clerk's Service List as follows:

1. By regular United States Mail, postage prepaid to:

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Wells Fargo Bank, N.A.
MAC Q2132-023 P.O. Box 94423
Albuquerque, NM 87199

and

2. By ECF email to:

MICHAEL PATRICK FARRINGTON    mfarrington@kmllawgroup.com
BRIAN CRAIG NICHOLAS    bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
SCOTT F. WATERMAN [Chapter 13]    ECFMail@ReadingCh13.com

and on the Debtor via email to samdib_12@hotmail.com.

Respectfully submitted,

Hartman, Valeriano, Magovern & Lutz, PC

by: _____
George M. Lutz, Esquire
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA  19610
Pa. Attorney ID No.: 46437