Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-10881-PMM**

Bassam H. Dib  
6113 Memorial Road  
Allentown  PA    18104  

Petition Filed Date: 04/05/2022  
341 Hearing Date: 05/17/2022  
Confirmation Date: 05/18/2023  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/17/2022 | $150.00 | | 09/19/2022 | $150.00 | | 10/18/2022 | $150.00 | |
| 11/21/2022 | $150.00 | | 12/19/2022 | $150.00 | | 01/18/2023 | $150.00 | |
| 02/21/2023 | $150.00 | | 03/20/2023 | $150.00 | | 04/17/2023 | $150.00 | |
| 05/17/2023 | $150.00 | | 06/20/2023 | $150.00 | | 07/17/2023 | $150.00 | |

**Total Receipts for the Period:  $1,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $3,793.00 | $0.00 | $3,793.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $2,777.17 | $0.00 | $2,777.17 |
| 2 | WELLS FARGO BANK NA »» 002 | Unsecured Creditors | $6,781.04 | $0.00 | $6,781.04 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $5,809.46 | $0.00 | $5,809.46 |
| 4 | MIDLAND CREDIT MANAGEMENT INC »» 004 | Unsecured Creditors | $8,273.28 | $0.00 | $8,273.28 |
| 5 | BANK OF AMERICA NA »» 005 | Unsecured Creditors | $5,492.80 | $0.00 | $5,492.80 |
| 6 | BANK OF AMERICA NA »» 006 | Unsecured Creditors | $11,653.57 | $0.00 | $11,653.57 |
| 7 | UNITED STATES TREASURY (IRS) »» 07P | Priority Crediors | $719.75 | $0.00 | $719.75 |
| 8 | WELLS FARGO BANK NEVADA NA »» 008 | Unsecured Creditors | $3,920.64 | $0.00 | $3,920.64 |
| 9 | WELLS FARGO »» 009 | Unsecured Creditors | $3,123.82 | $0.00 | $3,123.82 |
| 10 | PNC BANK »» 010 | Unsecured Creditors | $1,743.85 | $0.00 | $1,743.85 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $737.65 | $0.00 | $737.65 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $2,070.89 | $0.00 | $2,070.89 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $2,369.22 | $0.00 | $2,369.22 |
| 14 | NATIONSTAR MORTGAGE LLC »» 014 | Mortgage Arrears | $417.07 | $0.00 | $417.07 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $4,479.99 | $0.00 | $4,479.99 |
| 16 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $448.00 | $0.00 | $448.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,400.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $198.00 | Total Plan Base: | $12,000.00 |
| Funds on Hand: | $2,202.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.