| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-10881-PMM

Bassam H. Dib  
6113 Memorial Road  
Allentown  PA    18104

Petition Filed Date: 04/05/2022  
341 Hearing Date: 05/17/2022  
Confirmation Date: 05/18/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/17/2023 | $150.00 | | 09/19/2023 | $150.00 | | 10/18/2023 | $150.00 | |
| 11/21/2023 | $150.00 | | 12/18/2023 | $150.00 | | 01/18/2024 | $150.00 | |
| 02/20/2024 | $150.00 | | 03/18/2024 | $150.00 | | 04/17/2024 | $150.00 | |
| 05/20/2024 | $700.00 | | 06/17/2024 | $700.00 | | 07/17/2024 | $700.00 | |

**Total Receipts for the Period: $3,450.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,550.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $3,793.00 | $3,793.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»»  001 | Unsecured Creditors | $2,777.17 | $17.69 | $2,759.48 |
| 2 | WELLS FARGO BANK NA<br>»»  002 | Unsecured Creditors | $6,781.04 | $43.20 | $6,737.84 |
| 3 | DISCOVER BANK<br>»»  003 | Unsecured Creditors | $5,809.46 | $37.01 | $5,772.45 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»»  004 | Unsecured Creditors | $8,273.28 | $52.70 | $8,220.58 |
| 5 | BANK OF AMERICA NA<br>»»  005 | Unsecured Creditors | $5,492.80 | $34.99 | $5,457.81 |
| 6 | BANK OF AMERICA NA<br>»»  006 | Unsecured Creditors | $11,653.57 | $74.24 | $11,579.33 |
| 7 | UNITED STATES TREASURY (IRS)<br>»»  07P | Priority Crediors | $719.75 | $719.75 | $0.00 |
| 8 | WELLS FARGO BANK NEVADA NA<br>»»  008 | Unsecured Creditors | $3,920.64 | $24.98 | $3,895.66 |
| 9 | WELLS FARGO<br>»»  009 | Unsecured Creditors | $3,123.82 | $19.90 | $3,103.92 |
| 10 | PNC BANK<br>»»  010 | Unsecured Creditors | $1,743.85 | $0.00 | $1,743.85 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  011 | Unsecured Creditors | $737.65 | $0.00 | $737.65 |
| 12 | LVNV FUNDING LLC<br>»»  012 | Unsecured Creditors | $2,070.89 | $0.00 | $2,070.89 |
| 13 | LVNV FUNDING LLC<br>»»  013 | Unsecured Creditors | $2,369.22 | $15.09 | $2,354.13 |
| 14 | NEWREZ LLC  D/B/A<br>»»  014 | Mortgage Arrears | $417.07 | $417.07 | $0.00 |

**Chapter 13 Case No. 22-10881-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $4,479.99 | $28.54 | $4,451.45 |
| 16 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $448.00 | $0.00 | $448.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,550.00 | Current Monthly Payment: | $700.00 |
| Paid to Claims: | $5,278.16 | Arrearages: | ($150.00) |
| Paid to Trustee: | $610.00 | Total Plan Base: | $12,000.00 |
| Funds on Hand: | $661.84 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.