United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Bassam H. Dib

Debtor

Case No. 22-10881-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2025 | Form ID: 138OBJ | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bassam H. Dib, 6113 Memorial Road, Allentown, PA 18104-9334 |
| 14681601 | + | Amal Dayoub, 5014 Parkvue Drive, Pittsburgh, PA 15236-2055 |
| 14681621 | | WELLS FARGO CARD SERVICE, CREDIT BUREAU RESOLUTIONP O BOX 14517, DES MOINES, IA 50306 |
| 14681622 | + | WF/BOBS DISCOUNT FURN, PO BOX 14517, DES MOINES, IA 50306-3517 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 24 2025 00:44:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 24 2025 00:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14681602 | ^ | MEBN | Jul 24 2025 00:30:34 | APEX ASSET MANAGEMENT, 2501 OREGON PIKE, P.O. Box 5407, LANCASTER, PA 17606-5407 |
| 14681603 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 24 2025 00:44:00 | Bank of Amercia, POB 982238, El Paso, TX 79998-2238 |
| 14685085 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 24 2025 00:44:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14681606 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2025 00:44:09 | CITICARDS CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 14681598 | ^ | MEBN | Jul 24 2025 00:30:20 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14682255 | + | Email/Text: bankruptcy@cavps.com | Jul 24 2025 00:44:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14681600 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jul 24 2025 00:44:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1595 |
| 14681605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2025 00:58:39 | CitiBank SD NA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14681608 | | Email/Text: mrdiscen@discover.com | Jul 24 2025 00:44:00 | DISCOVER FINANCIAL SERVI, PO BOX 15316, Wilmington, DE 19850 |
| 14681607 | + | Email/Text: bkfilings@zwickerpc.com | Jul 24 2025 00:45:00 | Discover Bank, c/o Zwicker & Associates, P.C., 3220 Tillman Drive, Suite 215, Bensalem, PA |

District/off: 0313-4                          User: admin                              Page 2 of 4
Date Rcvd: Jul 23, 2025                      Form ID: 138OBJ                    Total Noticed: 46

| | | | |
|---|---|---|---|
| | | | 19020-2028 |
| 14684105 | | Email/Text: mrdiscen@discover.com | |
| | | Jul 24 2025 00:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14681599 | | Email/Text: bankruptcycourts@equifax.com | |
| | | Jul 24 2025 00:44:00 | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374 |
| 14681596 | ^ | MEBN | |
| | | Jul 24 2025 00:30:19 | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14681609 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jul 24 2025 00:59:29 | Home Depot Credit Services, P.O. Box 70600, Philadelphia, PA 19176-0600 |
| 14681610 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Jul 24 2025 00:44:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14694220 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 24 2025 00:43:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14684775 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jul 24 2025 00:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14683916 | ^ | MEBN | |
| | | Jul 24 2025 00:30:24 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14698047 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Jul 24 2025 00:44:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14681611 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Jul 24 2025 00:44:00 | Nationstar Mortgage/Mr. Cooper, 8950 CYPRESS WATERS BLVD, Coppell, TX 75019-4620 |
| 14816966 | + | Email/Text: mtgbk@shellpointmtg.com | |
| | | Jul 24 2025 00:44:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14807037 | + | Email/Text: RASEBN@raslg.com | |
| | | Jul 24 2025 00:44:00 | NewRez LLC, dba Shellpoint Mortgage Servicing, c/o Michelle L. McGowan, Esq., 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14806887 | + | Email/Text: RASEBN@raslg.com | |
| | | Jul 24 2025 00:44:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14813008 | + | Email/Text: mtgbk@shellpointmtg.com | |
| | | Jul 24 2025 00:44:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14690270 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jul 24 2025 00:44:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14681612 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jul 24 2025 00:44:00 | PNC Bank Card Services, P.O. Box 5580, Cleveland, OH 44101 |
| 14692083 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 24 2025 00:57:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14681614 | | Email/Text: bankruptcy@springoakscapital.com | |
| | | Jul 24 2025 00:44:00 | Spring Oaks Capital LLC, P.O. Box 1216, Chesapeake, VA 23327 |
| 14681615 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 24 2025 00:59:38 | SYNC/Old Navy, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14681616 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 24 2025 01:28:02 | SYNCB/AMAZON PLCC, PO Box 965036, Orlando, FL 32896-5036 |
| 14681613 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jul 24 2025 00:58:17 | Sears CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14682568 | ^ | MEBN | |
| | | Jul 24 2025 00:30:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681617 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 24 2025 00:44:02 | Synchrony Bank/Mattress Warehouses, POB |

District/off: 0313-4 | User: admin | Page 3 of 4
Date Rcvd: Jul 23, 2025 | Form ID: 138OBJ | Total Noticed: 46

| ID | | Notice | Date/Time | Address |
|---|---|---|---|---|
| | | | | 960061, Orlando, FL 32896-0061 |
| 14681597 | ^ | MEBN | Jul 24 2025 00:30:18 | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 14681618 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2025 00:59:29 | Union Plus Credit Card, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 14681620 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 24 2025 00:58:12 | WELLS FARGO BANK PCM, PO Box 94435, Albuquerque, NM 87199-4435 |
| 14683725 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 24 2025 00:58:43 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4927 |
| 14689717 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 24 2025 00:58:48 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14689598 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 24 2025 00:58:43 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14749610 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 24 2025 00:58:27 | Wells Fargo N.A. Personal Lending, P.O. Box 564300, Charlotte, NC 28256-4300 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14681604 | ##+ | Burton Neil & Associates, P.C., c/o Yale D. Weinstein, Esquire, 1060 Andrew Dr Ste 170, West Chester, PA 19380-5600 |
| 14681619 | ##+ | Wells Fargo Bank, 1205 Grape Street, Whitehall, PA 18052-5100 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 25, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| George Meany Lutz | on behalf of Debtor Bassam H. Dib glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | |

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)–doc 60 – 54

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                 )

      Bassam H. Dib                 )       Case No. 22–10881–pmm

                                 )

      Debtor(s).                    )       Chapter: 13

                                 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 23, 2025                                        For The Court

                                                        Timothy B. McGrath
                                                        Clerk of Court